# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

U.S. BANK NATIONAL
ASSOCIATION AS TRUSTEE FOR
RFMSI 2005S7

NO.   2019 CW 0768

VERSUS

WALTER C. DUMAS

AUG 0 5 2019

---

In Re:    Walter C. Dumas, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 610504.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**  The portion of the district court's May 20, 2019 judgment ordering the Clerk of Court of the Nineteenth Judicial District Court to reject any pleading from the Defendant, Walter C. Dumas, except an answer is vacated.  While the district court inherently possesses all power necessary for the exercise of its jurisdiction, La. Civ. Code art. 191, we find the district court abused its discretion in generally forbidding the Clerk of Court from accepting any pleading from Mr. Dumas, other than an answer, which could be construed to limit his right to file pleadings after his answer is filed.  This matter is therefore remanded to the district court with instruction to clarify its order in order to allow Mr. Dumas to file other pleadings after his answer is filed.  The writ application is denied in all other respects.

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT